

# REYNOLDS & HORN, P.C.
### ATTORNEYS AT LAW
*A PROFESSIONAL CORPORATION*



750 ROUTE 73 SOUTH
SUITE 202A
MARLTON, NEW JERSEY 08053
TELEPHONE (856) 988-7955
FACSIMILE (856) 988-1109
Treynolds@ReynoldsHornLaw.com
Shorn@ReynoldsHornLaw.com

THOMAS B. REYNOLDS † ◊ *

STEVEN M. HORN †

JOHN J. BANNAN, OF COUNSEL

† CERTIFIED BY THE SUPREME COURT OF NEW
JERSEY AS A CIVIL TRIAL ATTORNEY

* MEMBER OF PENNSYLVANIA BAR
◊ MEMBER OF FLORIDA BAR

March 6, 2014

The Honorable Noel L. Hillman, U.S.M.J.
United States District Court
District of New Jersey-Camden Vicinage
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza
Camden, NJ 08101
Attn: Melinda Mueller, Law Clerk to Judge Hillman

RE: Cress, et al. v. Ventnor city, et al.
    Case # 08 CV 1873

Dear Judge Hillman:

    The March 1, 2014 report from Frank Rodgers has been submitted to the Court. The purpose of this letter is confirm with the Court that Defendants' (Margate City and Ventnor City) obligation pursuant to the settlement agreement and as memorialized on the record on March 4, 2013 has been satisfied. The Court retained jurisdiction for one year to monitor the retraining and policy development for both Defendants pursuant to the Monell claim. Both municipalities have diligently complied and it has been one year since this matter was settled.

Respectfully submitted,

Steven M. Horn

SMH:sll
cc: Jennifer Bonjean, Esquire
    A. Michael Barker, Esquire
    Amy R. Weintrob, Esquire
    Frank Rodgers (N.J.S.P.-Retired)